No. 91–8741. EDWARDS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8743. DESMOND v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 91–8744. KNOTTS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 91–8747. STOKER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–8748. PORTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8749. LOPEZ-POLANCO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8750. LOPEZ QUINTERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8751. DUARTE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–8752. BERNARD v. CRIST, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–8753. ESTES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8754. JACKSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8755. HARDY v. LeCUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8756. FREEMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8758. KNAPP v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8759. MILLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8760. MUTH v. OREGON. Sup. Ct. Ore. Certiorari denied.